IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00939-PSF-BNB

CLINTON TEAGUE,

    Plaintiff,

v.

U.S. GOVERNMENT;
R. HOOD;
T. TOMEZ; and
C. JARBOE,

    Defendants.

## ORDER GRANTING DISMISSAL

THIS MATTER is before the Court on plaintiff's letter requesting voluntary dismissal (Dkt. # 24), which the Court construes as a motion for dismissal.  It is hereby

ORDERED that this case is DISMISSED.

DATED: October 11, 2005

                        BY THE COURT:

                        s/ Phillip S. Figa
                        _____
                        Phillip S. Figa
                        United States District Judge