IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00939-PSF-BNB

CLINTON TEAGUE,

      Plaintiff,

v.

U.S. GOVERNMENT;
R. HOOD;
T. GOMEZ; and
C. JARBOE,

      Defendants.

## ORDER

This case has been terminated by Order dated October 11, 2005 (Dkt. # 29). By operation of law, the dismissal was without prejudice. *See* F.R.Civ.P. 41(a)(2). To the extent the plaintiff's most recent motion "Requesting The Voluntary Dismissal of 'Civil Action # 05-cv-0939-PSF-BNB' pursuant to F.R.Civ.P. 41" (Dkt. # 30-1) seeks a dismissal without prejudice, it is DENIED as moot. The other request that plaintiff "be relieved from the financial obligations of the filing fee's [sic]," is DENIED. The order of reference to the Magistrate Judge as to this motion and any further filings in this terminated case is hereby withdrawn.

DATED: November 1, 2005

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge